**FILED**

05/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0260

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0260

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                                   O R D E R

DANIELLE WOOD,

      Defendant and Appellant.

_____

Appellant Danielle Wood seeks a ten-day extension of time to file her opening brief, the Appellate Defender's fourteenth request for an extension since this appeal was filed two years ago. Counsel acknowledges that the Court's March 31, 2023 order, granting an extension until May 22, 2023, provided that no further extensions would be granted. Counsel represents, however, that due to the complexity of the case, staffing turnovers, and an anticipated motion for leave to file an overlength brief, she will not be able to meet that deadline and needs the additional ten days. Appellant represents that the State takes no position on her motion.

After the clear directive in its previous Order, the Court is reluctant to allow additional time. It concludes that Appellant has presented sufficient circumstances, however, to justify the final ten days. In the meantime, counsel should promptly contact opposing counsel about her motion for overlength brief and present that motion for filing.

IT IS THEREFORE ORDERED that the motion for extension of time is GRANTED. The opening brief shall be filed on or before June 1, 2023. The Court will not grant any further extensions.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 16 2023